

James R. Boyd and Walter Greig, both of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft; punishment, eight years in the penitentiary.

The record is here without any statement of facts or bills of exception. The indictment, the charge of the court, the judgment, and sentence appear regular.

No error appearing, the judgment will be affirmed.

## W. M. AINSWORTH v. STATE.
No. 16323.

Court of Criminal Appeals of Texas.

Dec. 13, 1933.

See, also, 56 S.W.(2d) 457.

Chas. C. Thompson, of Colorado, Tex., for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for five years.

It appears from the record that the appellant was regularly indicted, tried, and convicted. The evidence heard upon the trial has not been made known to this court, nor has it been referred to any irregularity that would justify a reversal, and no such fault or irregularity has been perceived.

The judgment is affirmed.

## Link BOOKMAN v. STATE.
No. 16077.

Court of Criminal Appeals of Texas.

Nov. 1, 1933.

Rehearing Denied Dec. 20, 1933.

## V. L. BRADLEY v. STATE.
No. 16530.

Court of Criminal Appeals of Texas.

Dec. 20, 1933.

Vickers & Campbell and Durwood H. Bradley, all of Lubbock, and Carl E. Ratliff, of Levelland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for murder, with punishment assessed at two years in the penitentiary.

Appellant has filed with this court his affidavit stating that he no longer desires to prosecute his appeal, but desires to withdraw same.

It is therefore ordered that the appeal be dismissed at appellant's request.